ORDERED.

Dated: July 10, 2018

Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6-18-bk-00014-ABB

In re:

MATILDA PEASAH,

    Debtors.
_____/

**ORDER DISMISSING CASE**

THIS CASE came on for hearing on May 9, 2018 at 1:30 p.m., upon the Motion by BSI Financial Services for 2 Years Prospective Relief from Stay to Enforce Final Judgment of Foreclosure (Document No. 10); the Objection by Debtor to BSI Final Services Motion for Prospective Relief (Document No. 24); the Debtor's Motion to Extend Automatic Stay (Document No. 19); and the Response in Opposition by BSI Financial Services to Debtor's Motion to Extend Stay (Document No. 22). The Court, having heard argument of counsel and being otherwise fully informed in the premises in the premises, finds that as the Debtor failed to make the plan payments due on June 2, 2018 in the amount of $7,303.49 and July 2, 2018 in the

amount of $7,303.49 as ordered at the hearing held on May 9, 2018, that the Amended Chapter 13 Plan filed in this case is not feasible and this case should be dismissed with an injunction against re-filing.  Accordingly, it is hereby

**ORDERED AND ADJUDGED AS FOLLOWS:**

1.  This case is dismissed.

2.  The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3.  Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g), the debtor is enjoined from filing for relief under Title 11 of the United States Code for a period of one hundred and eighty (180) days from the effective date of this order.  Any attempt to invoke the automatic stay provisions of 11 U.S.C. Section 362 is hereby annulled during the injunction period provided above.

4.  To the extent that the above Debtor files any Bankruptcy Case in any bankruptcy court during the injunction period, the automatic stay shall not apply to the real properties having physical addresses of:

    a.  **15223 Hayworth Drive, Winter Garden, FL 34787;**

    b.  **6610 Blanche Court, Orlando, FL 32818;**

**and shall apply to any other real property which may be owned by the Debtor.**

5.  The relief granted herein is with prejudice, shall be binding in any other case under the Bankruptcy Code purporting to affect the above-described real property, and any attempt to impose the automatic stay on the above-described property will be void.

6.  The Trustee shall refund all funds on hand, if any, to the Debtor in care of the Debtors' attorney, when represented by an attorney.

7.  The Trustee is discharged from all further duties.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order**