ORDERED.

**Dated:  September 04, 2018**



Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No. 6:18-bk-00014-ABB

In re:

MATILDA PEASAH,

          Debtor(s).

_____/

### ORDER GRANTING DEBTOR'S MOTION TO REINSTATE CASE

       THIS CASE came on for consideration upon the Debtor's Motion to Reinstate Case and Vacate Dismissal with Injunction (Document No. 52).  The Court, being fully informed in the premises, finds that the Motion has merit and that should be granted in part and denied in part. Accordingly, it is:

       ORDERED AND ADJUDGED AS FOLLOWS:

1.      That this case is reinstated for the sole purpose of converting this case to a case under Chapter 7 of the Bankruptcy Code **upon the Debtor filing a Notice of**

*Conversion to Chapter 7 with the Bankruptcy Court, and pays the required conversion fee.*

2.    The Order Dismissing Case is vacated; however, the injunction and prospective relief stands as to the Chapter 13 Case.

3.    The Mortgage Creditor, BSI Financial Services as Servicing Agent for HMC Assets, LLC, solely in its capacity as separate Trustee of Cam X Trust, is granted relief for an additional 180 days from the date of the entry of this order.

4.    The Clerk of the Bankruptcy Court is directed to enter an Order Converting this case to a case under Chapter 7 of the Bankruptcy Code upon the filing of the Notice of Conversion by the Debtor and the payment of any filing fee as required.

**Laurie K. Weatherford, Chapter 13 Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order**